IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMAR HUGUELY,

    Defendant.

Case No. 3:06cr097

JUDGE WALTER HERBERT RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH A REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On February 27, 2012, the Defendant, having previously been found in violation of his supervised release which began April 30, 2010, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid February 27, 2012, this Court revokes the Defendant's supervised release which began April 30, 2010, and remands the Defendant to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of eighteen months, said sentence to be served consecutively to the undischarged portion of his state sentence now being served. At the expiration of his sentence, the Defendant is to be on a re-imposed

period of supervised release of three years and six months, subject to all undischarged conditions of supervision, appertaining to the supervised release that was ordered at the time of his original sentencing in 2006, plus the additional condition that he not operate a motor vehicle without a valid state driver's license.

The Court recommends to the Bureau of Prisons that Defendant receive credit for all allowable presentence jail time, that he be designated to a facility as close to his home in the Dayton, Ohio area as is possible, consistent with his security status, and that he be made eligible for and enrolled in any available substance abuse program.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 27, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Melissa Stidham, U.S. Probation Officer